Rose Nardi, Infant, by Joseph A. Nardi, Her Guardian ad Litem, Respondent, v. John Nardi, Appellant.— Order unanimously modified by eliminating therefrom that portion which directs the return of items of personal property, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

Fulton Trust Company of New York, as Trustee for Lillie U. Simpson under the Will of Daniel Underhill, Deceased, Respondent, v. Mark Charles Platt, Appellant, Impleaded with Others.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

Lillian D. Rock, Respondent, v. National Transportation Co., Inc., Appellant, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

Gable Factors, Inc., Appellant, v. Louis Lentschner, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Jack Gibson v. New York Plumbers' Specialties Co., Inc.—Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Estate Tax upon the Estate of Mary V. Fitzsimmons, Deceased. State Tax Commission; Florence R. Fitzsimmons, Executrix.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Thomas F. Wilkinson, Jr., against Lewis J. Valentine, as Police Commissioner of the Police Department of the City of New York.—Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

The People of the State of New York v. Barney Namerow and Another.— Motion for a reargument denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Lawyers Trust Company, Heretofore Known as Lawyers County Trust Company and County Trust Company of New York, v. Louis Rosenblum.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

Clifford Lang v. Celia Lang.—Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Arthur J. Patterson v. James R. Kenny.—Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

J. Field Kennard v. Frederick W. Ritter, as Executor, etc., of Maxwell Hall Elliott, and Southport Holding Corporation, Impleaded, etc.—Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.